WHITE, Respondent, v. NEW YORK, L. E. & W. R. CO., Appellant.

(Supreme Court, General Term, Fourth Department.   May 18, 1894.)

Action by Mary M. White, administratrix, etc., against the New York, Lake Erie & Western Railroad Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Judgment and order affirmed, with costs.

---

WOOD et al., Respondents, v. CORNELL, Appellant.

(Supreme Court, General Term, Fourth Department.   May 18, 1894.)

Action by Otis E. Wood and others, trustees, against Alonzo B. Cornell.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Interlocutory judgment affirmed, with costs.

---

WOOD et al., Respondents, v. Cornell, Appellant.

(Supreme Court, General Term, Fourth Department.   May 18, 1894.)

Action by Otis E. Wood and others, as trustees, against Franklin C. Cornell.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Interlocutory judgment affirmed, with costs, and leave granted to defendant to answer upon payment of the costs of the demurrer and of the appeal within 30 days.

---

YOUNGS, Appellant, v. NEW YORK, O. & W. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department.   May 18, 1894.)

Action by Mary D. Youngs, as administratrix, etc., against the New York, Ontario & Western Railroad Company.
Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.
No opinion.   Judgment and order affirmed, with costs.

---

BOWDICK v. PAIGE et al.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Jackson W. Bowdick against Paige and others.
No opinion.   Motion to dismiss appeal on the ground of nonservice of printed papers granted on default.

---

BRADLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by William T. Bradley, as administrator, etc., against the New York Central & Hudson River Railroad Company.
No opinion.   Judgment and order appealed from affirmed.